UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* EPHRAIM FUCHS,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOHNS HOPKINS UNIVERSITY *et al.*,<br><br>    *Defendants*. | No. 20-cv-3242 (DLF) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motions to Dismiss, Dkts. 43, 44, are **GRANTED**. It is further

**ORDERED** that the plaintiff's reverse false claims under Count III are **DISMISSED WITH PREJUDICE.** The plaintiff's presentment and false statement claims relying on the Nivolumab Trial in Project 4 are also **DISMISSED WITH PREJUDICE**. The plaintiff's remaining presentment and false statement claims are **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that the plaintiff shall file any motion to file an amended complaint on or before April 30, 2025, or the Court will direct the Clerk of Court to close this case.

**SO ORDERED.**

March 31, 2025

_____
DABNEY L. FRIEDRICH
United States District Judge